Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CERTAIN UNDERWRITERS AT LLOYDS etc.

   Plaintiff,

- against -

AIR FRANCE CARGO etc.

   Defendant.
-------------------------------------------------------------X

07 Civ. 8119

**FRCP RULE 7.1**
<u>**DISCLOSURE STATEMENT**</u>

NOW comes plaintiff, CERTAIN UNDERWRITERS AT LLOYDS SUBSCRIBING TO POLICY OF INSURANCE NO. CD050114, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

CERTAIN UNDERWRITERS AT LLOYDS SUBSCRIBIGN TO POLICY OF INSURANCE NO. CD050114.are privately owned companies with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
   September 17, 2007

           CASEY & BARNETT, LLC
           Attorneys for Plaintiff

         By: *[signature]*
           Martin F. Casey (MFC-1415)
           317 Madison Avenue, 21st Floor
           New York, New York 10017
           (212) 286-0225