Rakoff, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CERTAIN UNDERWRITERS AT LLOYDS et al.

          07 Civ. 8119 (JSR)

    Plaintiff,

- against -

          NOTICE AND ORDER OF
          VOLUNTARY
AIR FRANCE CARGO et al.          **DISCONTINUANCE**

    Defendant
-----------------------------------------------------------X

    **The above captioned matter having been settled,**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       October 18, 2007
       176-21

                      **CASEY & BARNETT, LLC**
                      Attorneys for Plaintiff

            By:   *Martin F Casey*
                     Martin F. Casey (MFC-1415)
                     317 Madison Avenue, 21st Floor
                     New York, New York 10017
                     (212) 286-0225

**SO ORDERED:**

*/s/ Judge signature/*
U.S.D.J.

10-18-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-07